UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA

v.  Case No. 8:10-cr-187-T-30EAJ

JAKALE S. FREEMAN


**FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for Forfeiture Money Judgment (Doc. 21) in the amount of $731,000.00, which, upon entry, shall become a final order of forfeiture as to defendant Jakale S. Freeman.

Being fully advised in the premises, the Court hereby finds that the United States has established that the defendant obtained at least $731,000.00 in proceeds as a result of the wire fraud scheme affecting a financial institution, alleged in Count One of the Information, in violation of 18 U.S.C. § 1343. Accordingly, it is hereby

ORDERED AND ADJUDGED that for good cause shown, the United States' motion (Doc. 21) is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 18 U.S.C. § 982(a)(2) and Federal Rule of Criminal Procedure 32.2(b)(2), Jakale S. Freeman is personally liable for a forfeiture money judgment in the amount of $731,000.00, which represents the amount of proceeds he obtained as a result of the wire fraud

scheme affecting a financial institution, as charged in the Count One of the Information. The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant, which the United States is entitled to seek as substitute assets, up to the amount of the forfeiture money judgment, and to entertain any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on June 28, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Counsel of Record

S:\Odd\2010\10-cr-187.fj 21.wpd